1443-14

# ELECTRONIC RECORD

COA #   10-13-00100-CR                          OFFENSE:   Murder

STYLE:  Christopher Michael Hernandez v. The     COUNTY:   Brazos
        State of Texas

TRIAL COURT:        361st District Court                                    MOTION
TRIAL COURT #:      11-06139-CRF-361        FOR REHEARING IS:
TRIAL COURT JUDGE:  Hon. Steven Lee Smith   DATE:
DISPOSITION:    AFFIRMED                     JUDGE:


DATE:       September 18, 2014

JUSTICE:    Scoggins            PC          S   YES
PUBLISH:    YES                 DNP:


CLK RECORD:    4/23/2013 – 1 volume      SUPP CLK RECORD:
RPT RECORD:    9/10/2013 - 9 volumes     SUPP RPT RECORD:
STATE BR:      4/25/2014                 SUPP BR:
APP BR:        1/16/2014                 PRO SE BR:


# IN THE COURT OF CRIMINAL APPEALS

**ELECTRONIC RECORD**                    CCA # _____1443-14_____

----------------------
___PRO SE___ Petition              Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____
___REFUSED___                           JUDGE: _____
DATE: __02/25/2015__                    SIGNED: _____    PC: _____
JUDGE: _____                  PUBLISH: _____   DNP: _____

----------------------
_____ MOTION FOR REHEARING IN    MOTION FOR STAY OF MANDATE IS:
CCA IS: _____ ON _____    _____ ON _____
JUDGE: _____    JUDGE: _____